CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Emily.Dahlke@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:26-cr-00135-YGR |
| Plaintiff, | DETENTION ORDER |
| v. | |
| DAVID LEIGH COOK, | |
| Defendant. | |

On March 26, 2026, defendant David Leigh Cook was charged by indictment with being a felon in possession of firearms and ammunition, in violation of Title 18, United States Code section 922(g)(1).

This matter came before the Court on May 15, 2025, for a detention hearing. The defendant was present and represented by Adam Penella. Assistant United States Attorney Emily Dahlke appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

The present order supplements the Court's findings and order at the detention hearing and serves

DETENTION ORDER
4:26-cr-00135-YGR

1

v. 11/01/2018

as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion: the nature of the instant conduct, including that the defendant maintained firearms and ammunition both in his residence and in the community and that he was fraudulently working as a security guard; the defendant's prior criminal history, including the circumstances and recency of his prior federal gun conviction which was a shooting resulting in significant injury; and, the defendant's lack of compliance on federal supervision, as well as on state parole, probation, and pre-trial release. Accordingly, the defendant must be detained pending trial in this matter.

This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.     The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.     The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 18, 2026

_____
HONORABLE AJAY KRISHNAN
United States Magistrate Judge