JOHN J. JORDAN (CABN 175376)
601 Montgomery Street, Suite 850
San Francisco CA 94111
Tel: (415) 391-4814
Fax (415) 391-4308
Email: jjordanesq@aol.com

Attorney for Defendant
DAVID LEIGH COOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LEIGH COOK,<br><br>Defendant. | NO. 26-0135-YGR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 24, 2026 THROUGH OCTOBER 1, 2026 |

This matter is currently set for a status conference on Thursday, September 24, 2026. The defendant, however, informed counsel today that he has being prepped for a medical procedure set for the very near future, which will conflict with the status hearing date. For this reason, the defendant requests that the status hearing be continued until October 1, 2026.

The undersigned Counsel for defendant certifies that he has obtained approval from the assigned Assistant United States Attorney file this stipulation and proposed order.

The government has graciously agreed to the requested continuance, and is available on the requested date.

The Court's courtroom deputy also confirms that October 1, 2026, is an available date with the Court.

It is hereby stipulated by and between counsel for the United States and counsel for the defendant David Leigh Cook that time be excluded under the Speedy Trial Act from September 24,

2026 through October 1, 2026.

IT IS SO STIPULATED.

DATED: September 21, 2026

/s/
ROLAND CHANG
Assistant United States Attorney

DATED: September 21, 2026

/s/
JOHN JORDAN
Counsel for Defendant David Leigh Cook

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court and for good cause shown, the status hearing now scheduled for September 24, 2026, is vacated, and the case continued until October 1, 2026.

The Court further finds that failing to exclude the time from September 24, 2026, through October 1, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time until October 1, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 24, 2026, through October 1, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: September 22, 2026

HON. YVONNE GONZALEZ ROGERS
Chief United States District Judge